**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00087-CR

**AARON ANTHONY BROICH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80646-2012**

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 1, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 26, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
        JUSTICE